UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 09-cr-59-01-JL

<u>Karl Peterson</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to June 23, 2010 at 11:00 AM; Trial is continued to the two-week period beginning July 7, 2010, 9:30 AM.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

               _____
               Joseph N. Laplante
               United States District Judge

Date:  April 12, 2010


cc: Jessica Brown, Esq.
  Helen Fitzgibbon, Esq.
  U.S. Marshal
  U.S. Probation