UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 09-cr-59-01-JL

Karl Peterson

### O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted, continuance is limited to 90 days. No further continuances will be granted without a hearing. Final Pretrial is rescheduled to September 22, 2010 at 10 AM; Trial is continued to the two-week period beginning October 5, 2010, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: June 16, 2010

cc: Jessica Brown, Esq.
    Helen Fitzgibbon, Esq.
    U.S. Marshal
    U.S. Probation