UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                          Criminal No. 09-cr-59-01-JL

<u>Karl Peterson</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted.  Although the court's last order was that no further continuances would be granted without a hearing -- which neither the US Attorney nor defense counsel acknowledges -- the court would be hard-pressed to deny an extension to accommodate the defense expert where, as represented by defense counsel, the 2009 charge resulted from a much earlier 2007 seizure of evidence.  Final Pretrial is rescheduled to October 21, 2010 at 11:30 AM; Trial is continued to the two-week period beginning November 2, 2010, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  September 14, 2010

cc:  Jessica Brown, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation