UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

                v.                    Criminal No. 09-cr-59-01-JL

Karl Peterson


O R D E R


     The assented to motion to reschedule jury trial (document no.
19) filed by defendant is granted; Final Pretrial is rescheduled to
January 19, 2011 at 2 PM; Trial is continued to the two-week period
beginning February 1, 2011, 9:30 AM.

     Defendant shall file a waiver of speedy trial rights within 10
days.  The court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the
reasons set forth in the motion.

     SO ORDERED.


                              _____
                              Joseph N. Laplante
                              United States District Judge


Date:  October 26, 2010


cc:  Jessica Brown, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation