UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                          Criminal No. 09-cr-59- 01-JL

<u>Karl Peterson</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted;  No further continuances without a hearing.  US Attorney and clerk please take notice. Final Pretrial is rescheduled to March 21, 2011 at 11:00 AM; Trial is continued to the two-week period beginning April 5, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  January 27, 2011

cc:    Jessica Brown, Esq.
        Helen Fitzgibbon, Esq.
        U.S. Marshal
        U.S. Probation